

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL NEVAREZ AND THE LAW OFFICES OF MICHAEL R. NEVAREZ, A PROFESSIONAL CORPORATION, D/B/A NEVAREZ LAW FIRM, P.C. | § § § | No. 08-19-00120-CV Appeal from the |
| Appellants, | § | 41st District Court |
| v. | § | of El Paso County, Texas |
| USAA FEDERAL SAVINGS BANK, | § | (TC# 2018-DCV-1121) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF MARCH, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.